FILED ✓   RECEIVED ___
ENTERED ___   SERVED ON ___
COUNSEL/PARTIES OF RECORD

APR 1 3 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of __NEVADA__

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) Case No. | 3:18-CR-0038-HDM-WGC |
| ERIC MCCARTT | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Bruce R. Thompson Courthouse and Federal Building 400 S. Virginia Street Reno, Nevada 89501 Honorable Valerie P. Cooke, U.S. Magistrate Judge | Courtroom No.: | 1 ~ 4th Floor |
|---|---|---|---|
| | | Date and Time: | **April 18, 2018 at 3:00 PM** |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: __Apr 13, 2018__

*Judge's signature*

Valerie P. Cooke, United States Magistrate Judge

*Printed name and title*