RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
TIFFANY NOCON
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, NV 89101
(702) 388-6577/Tel.
(702) 388-6261/Fax
Tiffany_Nocon@fd.org

Attorney for ERIC MCCARTT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ERIC MCCARTT,<br><br>　　　　　Defendant. | Case No. 3:18-CR-038-HDM-WGC<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING**<br>**(FOURTH REQUEST)** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender RENE L. VALLADARES and Assistant Federal Public Defender TIFFANY NOCON, counsel for ERIC MCCARTT, and Trial Attorney for the U.S. Department of Justice LAUREN E. BRITSCH, United States Attorney NICHOLAS A. TRUTANICH, and Assistant United States Attorney SUE FAHAMI, counsel for the United States of America, that the Sentencing Hearing set for October 1, 2019, at 11:00 AM, be vacated and continued to November 20, 2019.

　　　　The continuance is necessary for the following reasons:

　　　　1.　　This is a joint request by counsel for the Defendant Eric McCartt and counsel for the Government.

2. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3. Defense counsel recently entered her Notice of Appearance (ECF No. 56) and she asks for the additional time not for the purposes of delay, but merely to allow defense counsel sufficient time to effectively and thoroughly prepare for the sentencing hearing in which the Defendant is facing a substantial sentence.

4. Both counsel request this additional time in order to allow adequate time to continue to research sentencing issues and to prepare for the sentencing hearing. Counsel will also use the additional time to finalize restitution matters in advance of the sentencing hearing.

5. Because counsel for the Government will be traveling from Washington D.C., both counsel have ensured they are available for the hearing on November 20, 2019.

6. The Defendant is currently detained and agrees with the continuance.

7. This is the fourth request for continuance of the sentencing hearing.

DATED this 24th day of September, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN J. GROCKI<br>Chief, Child Exploitation and<br>Obscenity Section, Criminal Division |
| By: */s/ Tiffany Nocon*<br>TIFFANY NOCON<br>Assistant Federal Public Defender<br>Counsel for ERIC MCCARTT | By: */s/ Lauren E. Britsch*<br>LAUREN E. BRITSCH<br>U.S. Department of Justice<br>Counsel for the Government |
| | NICHOLAS A. TRUTANICH<br>United States Attorney |
| | By: */s/ Sue Fahami*<br>SUE FAHAMI<br>Assistant United States Attorney<br>Counsel for the Government |

2

**<u>ORDER</u>**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for October 1, 2019, at 11:00 AM, be vacated and continued to **November 20, 2019, at 10:00 a.m.** in Reno Courtroom 4 before Judge Howard D. McKibben. IT IS SO ORDERED.

DATED this __26th__ day of September, 2019.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE