1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   TIFFANY L. NOCON
3  Assistant Federal Public Defender
   Nevada State Bar No. 14318
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Tiffany_Nocon@fd.org

7  Attorney for ERIC MCCARTT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-CR-038-HDM-WGC |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING (FIFTH REQUEST)** |
| v. | |
| ERIC MCCARTT, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender RENE L. VALLADARES and Assistant Federal Public Defender TIFFANY L. NOCON, counsel for ERIC MCCARTT, and Trial Attorney for the U.S. Department of Justice LAUREN E. BRITSCH, United States Attorney NICHOLAS A. TRUTANICH, and Assistant United States Attorney SUE FAHAMI, counsel for the United States of America, that the Sentencing hearing set for November 20, 2019, at 10:00 AM, be vacated and continued to a date and time convenient to the Court, but no earlier than ninety (90) days.

The continuance is necessary for the following reasons:

1. Both counsel request this additional time in order to allow adequate time to continue to research new sentencing issues and to prepare for the sentencing hearing. Counsel will also use the additional time to finalize restitution matters in advance of the sentencing hearing.

2. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3. The Defendant is currently detained and agrees with the continuance.

4. This is the fifth request for continuance of the sentencing hearing.

DATED this 13th day of November, 2019.

RENE L. VALLADARES  
Federal Public Defender

By: */s/ Tiffany L. Nocon*  
TIFFANY L. NOCON  
Assistant Federal Public Defender  
Counsel for ERIC MCCARTT

STEVEN J. GROCKI  
Chief, Child Exploitation and  
Obscenity Section, Criminal Division

By: */s/ Lauren E. Britsch*  
LAUREN E. BRITSCH  
U.S. Department of Justice  
Counsel for the Government

NICHOLAS A. TRUTANICH  
United States Attorney

By: */s/ Sue Fahami*  
SUE FAHAMI  
Assistant United States Attorney  
Counsel for the Government

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for November 20, 2019, at 10:00 AM, is vacated and continued to Wednesday, February 12, 2020 at 10:00 AM in Reno Courtroom 4 before Judge Howard D. McKibben.

IT IS SO ORDERED.

DATED this 14th day of November, 2019.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE