NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RONALD L. CHENG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
ronald.cheng@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC MCCARTT,<br><br>　　　　　Defendant. | Case No. 3:18-CR-038-HDM-WGC<br>ORDER GRANTING<br>**Motion for Government Attorney Appearance Under Local Rule IA 11-3** |

　　　　The United States of America, by and through Ronald L. Cheng, Chief, Criminal Division, Assistant United States Attorney, respectfully moves, pursuant to Local Rule IA 11-3, that Charles D. Schmitz, Trial Attorney with the United States Department of Justice, Criminal Division, be permitted to appear before this Court in the above-captioned case.

　　　　Mr. Schmitz is a member in good standing of the bars of the State of Connecticut and the State of New York.  Mr. Schmitz is employed by the United States as an attorney, and, in the course and scope of his employment, has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

　　　　In addition, Mr. Schmitz is currently substituting for two attorneys for the United States who have previously appeared in the case, Lauren Britsch and William Grady, who

will no longer represent the United States in this matter.  All electronic notices should be revised to reflect Mr. Schmitz's substitution of Lauren Britsch and William Grady.

Dated this 23rd day of April, 2020.

                                              Respectfully Submitted,

                                              */s/ Ronald L. Cheng*
                                              RONALD L. CHENG
                                              Chief, Criminal Division
                                              Assistant United States Attorney

**IT IS SO ORDERED:**

                                              **HONORABLE HOWARD D. MCKIBBEN**
                                              **UNITED STATES DISTRICT JUDGE**

**Dated:** April 23, 2020