RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SYLVIA IRVIN
Assistant Federal Public Defender
KATHERINE TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sylvia_Irvin@fd.org
Katherine_Tanaka@fd.org

Attorneys for ERIC MCCARTT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC MCCARTT,<br><br>　　　　　Defendant. | Case No. 3:18-CR-038-HDM-WGC<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING**<br>(ELEVENTH REQUEST) |

It is stipulated and agreed to by Federal Public Defender Rene L. Valladares and Assistant Federal Public Defenders Sylvia Irvin and Katherine Tanaka, counsel for Eric McCartt, and Trial Attorney for the U.S. Department of Justice Charles Schmitz, counsel for the United States of America, that the Sentencing Hearing currently scheduled on December 8, 2020, be vacated and continued to January 26, 2021.

This Stipulation is entered into for the following reasons:

1. This is a joint request by counsel for the Government and counsel for Defendant McCartt.

2. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3. Both counsel previously sought continuances to allow defense counsel to review former Sgt. Carry's personnel file, which is more than 900 pages, and which under the protective order, required an in-person review at the U.S. Attorney's office. ECF Nos. 63, 65.

4. Recent stay-at-home orders, travel restrictions, and social distancing strictures related to COVID-19 hampered defense counsels' ability to review former Sgt. Carry's personnel file under the conditions set forth in the protective order. After defense counsel reviewed these documents, counsel needed time to discuss with the defendant.

5. Both counsel request the instant continuance to ensure all restitution issues are considered and resolved before sentencing so that an additional hearing does not have to be scheduled. Counsel have been diligently working to resolve the restitution issues in this case.

6. The defendant is in custody and agrees with the need for the continuance.

7. The parties agree to the continuance.

This is the eleventh request for a continuance of the sentencing hearing.

DATED this 20th day of November, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN J. GROCKI<br>Chief, CEOS Section,<br>Criminal Division |
| By: */s/ Sylvia Irvin*<br>SYLVIA IRVIN<br>Assistant Federal Public Defender<br>Counsel for ERIC MCCARTT | By: */s/ Charles Schmitz*<br>CHARLES SCHMITZ<br>U.S. Department of Justice<br>Counsel for the Government |
| By: */s/ Katherine Tanaka*<br>KATHERINE TANAKA<br>Assistant Federal Public Defender<br>Counsel for ERIC MCCARTT | |

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ERIC MCCARTT,<br><br>          Defendant. | Case No. 3:18-CR-038-HDM-WGC<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the in-person Sentencing Hearing currently scheduled for Tuesday, 12/8/2020, at 10:00 AM, be vacated and continued to Tuesday, 1/26/2021, at 12:00 PM in Reno Courtroom 4 before Judge Howard D. McKibben. IT IS SO ORDERED.

DATED this 23rd day of November, 2020.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE

3