# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 3:18-CR-038-HDM-WGC |
|---|---|
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| ERIC MCCARTT, aka ERIK MCCARTT, aka AERYN MCCARTT, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and 18 U.S.C. § 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by Eric McCartt, aka Erik McCartt, aka Aeryn McCartt, to the criminal offense, forfeiting the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Provision of the Indictment and shown by the United States to have the requisite nexus to the offense to which Eric McCartt, aka Erik McCartt, aka Aeryn McCartt, pled guilty. Indictment, ECF No. 1; Bill of Particulars, ECF No. 31; Plea Agreement, ECF No. 34; Change of Plea, ECF No. 36; Preliminary Order of Forfeiture, ECF No. 37.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from January 30, 2019, through February 28, 2019, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 43.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. One Compaq Laptop, serial number CNF437IYNW;
2. One External Hard Drive, serial number WXF1A6778275;
3. One Lenovo Laptop, serial number PF010M4Y;
4. One Lenovo Laptop, serial number YB10848371;
5. One ZTE Cell Phone, serial number 321753453037;
6. One HP Desktop, serial number MXU2040LIL;
7. One HTC Cell Phone (Red Case), serial number FA5BVB007038;
8. One Compact Flash Card (128MB);
9. One Playstation 2, serial number AU3155817;
10. One XBOX 360, serial number 114365114009;
11. One XBOX 360, serial number 552465114005
12. One T-Mobile Revvl Cell Phone – IMEI 861273030889811;
13. One Seagate Barracuda 1TB Hard Disk Drive, serial number 6VPHMRWV; and
14. One Lexar 16GB Thumb Drive, serial number AASVPIUR395PC0KY

(all of which constitutes property).

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED ___March 16___, 2020.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE

3